1  Ann M. Cerney, SBN: 068748
   Attorney at Law
2  42 North Sutter Street, Suite 400
   Stockton, California 95202
3  Telephone: (209) 948-9384
   Facsimile: (209) 948-0706
4
   Attorney for Plaintiff

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHANIE ARLENE TSOUVAS, | CASE NO. 2:13-CV-00099-AC |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, Defendant. | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Motion For Summary Judgment in the above-referenced case is hereby extended from the present due date of August 2, 2013, by forty-five days, to the new response date of September 16, 2013, and that Defendant's brief will be due October 16, 2013. This extension is requested because the writer has a family emergency that she has to tend to.

DATED: August 6, 2013

          BENJAMIN B. WAGNER
          United States Attorney
          DONNA CALVERT
          Acting Regional Chief Counsel, Region IX

*/s/ Ann M. Cerney*　　　　　　　　　　　*/s/ Susan L. Smith*
ANN M. CERNEY,　　　　　　　　　　　　SUSAN L. SMITH,
Attorney for Plaintiff　　　　　　　　　　(As authorized via E-mail on 8/06/13)

          Special Assistant U S Attorney
          Attorneys for Defendant

---

1

STIPULATION AND [PROPOSED] ORDER  EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT

1  Ann M. Cerney, SBN: 068748
   Attorney at Law
2  42 North Sutter Street, Suite 400
   Stockton, California 95202
3  Telephone: (209) 948-9384
   Facsimile: (209) 948-0706
4
   Attorney for Plaintiff
5

6

7

8  **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

9                                       —o0o—

10  STEPHANIE ARLENE TSOUVAS,          CASE NO. 2:13-cv-0099-AC

11              Plaintiff,              **ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT**

12  vs.

13  CAROLYN W. COLVIN,
    Acting Commissioner of Social Security,
14
                Defendant.
15  _____/

16      Pursuant to the stipulation of the parties showing good cause for a requested first

17  extension of Plaintiff's time to file a Motion For Summary Judgment, the request is hereby

18  APPROVED.

19      Plaintiff shall file her Motion For Summary Judgment on or before September 16, 2013.

20      SO ORDERED.

21  DATED: August 7, 2013

22

23                                      *[signature: allison Claire]*

24                                      ALLISON CLAIRE
                                        UNITED STATES MAGISTRATE JUDGE
25

26
    /mb;tsou0099.eot
27

28
                                        2
STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT