Ann M. Cerney, SBN: 068748
Attorney at Law
42 North Sutter Street, Suite 400
Stockton, California  95202
Telephone: (209) 948-9384
Facsimile:  (209) 948-0706

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE ARLENE TSOUVAS, | CASE NO. 2:13-CV-00099-AC |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, Defendant. | |
| Defendant. | |
| _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective

undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Motion For

Summary Judgment in the above-referenced case is hereby extended from the present due date of

August 2, 2013, by forty-five days, to the new response date of September 16, 2013, and that

Defendant's brief will be due October 16, 2013.  This extension is requested because the writer

has a family emergency that she has to tend to.

DATED: August 6, 2013

BENJAMIN B. WAGNER
United States Attorney
DONNA CALVERT
Acting Regional Chief Counsel, Region IX

/s/ Ann M. Cerney
ANN M. CERNEY,
Attorney for Plaintiff

/s/ Susan L. Smith
SUSAN L. SMITH,
(As authorized via E-mail on 8/06/13)

Special Assistant U S Attorney
Attorneys for Defendant

1   Ann M. Cerney, SBN: 068748
    Attorney at Law
2   42 North Sutter Street, Suite 400
    Stockton, California  95202
3   Telephone: (209) 948-9384
    Facsimile:  (209) 948-0706
4
    Attorney for Plaintiff
5

6

7

8           **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

9                                           —o0o—

10  STEPHANIE ARLENE TSOUVAS,              CASE NO. 2:13-cv-0099-AC

11                      Plaintiff,         **ORDER EXTENDING
                                           PLAINTIFF'S TIME TO FILE A MOTION**
12  vs.                                    **FOR SUMMARY JUDGMENT**

13  CAROLYN W. COLVIN,
    Acting Commissioner of Social Security,
14
                        Defendant.
15  _____/

16          Pursuant to the stipulation of the parties showing good cause for a requested first

17  extension of Plaintiff's time to file a Motion For Summary Judgment, the request is hereby

18  APPROVED.

19          Plaintiff shall file her Motion For Summary Judgment on or before September 16, 2013.

20          SO ORDERED.

21  DATED: August 7, 2013

22

23

24  _____
    ALLISON CLAIRE
25  UNITED STATES MAGISTRATE JUDGE

26
    /mb;tsou0099.eot
27

28

                                              2
    STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT