BOBBIE J MONTOYA
Assistant United States Attorney
DONNA CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
SUSAN L. SMITH
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 744-0134
    Email: Susan.L.Smith@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| STEPHANIE ARLENE TSOUVAS, <br><br>     Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security, <br><br>     Defendant. | Case No.: 2:13-CV-00099-AC <br><br> STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, that Defendant shall have a first extension of time of fourteen (14) days, from December 2, 2013 to December 16, 2013, to file her opposition to Plaintiff's motion for summary judgment. This is Defendant's first request for an extension.

    At the end of the day on September 30, 2013, the appropriation that had been funding the Department of Justice expired and the appropriations to the Department lapsed. The same was true for most Executive agencies, including the Social Security Administration. Effective October 17, 2013, funds were appropriated for the Department of Justice and the Social Security Administration, and attorneys in both office are resuming their usual civil litigation functions.

Notwithstanding the return of all attorneys, the Office of the General Counsel for the Social Security Administration has a substantial backlog of work as a result of this lapse in appropriations. The Office of the General Counsel is working diligently to prioritize and work through this backlog as efficiently as possible. As such, the Acting Commissioner requests a 14-day extension of time for filing the Commissioner's brief, with all other dates in the Court's CMO to be extended accordingly.

Respectfully submitted,

Date: December 4, 2013
/s/ Ann M. Cerney
ANN M. CERNEY
*By phone authorization on November 26, 2013*

Date: December 4, 2013
BENJAMIN B. WAGNER
United States Attorney

By: /s/Susan L. Smith
SUSAN L. SMITH
Special Assistant U.S. Attorney
Attorneys for Defendant

Of Counsel
Tina Saladino
Assistant Regional Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED

DATED: December 3, 2013

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE