Ann M. Cerney, SBN:   068748

CERNEY KREUZE & LOTT, LLP

42 N. Sutter Street, Suite 400

Stockton, CA 95202

(209) 948-9384

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE ARLENE TSOUVAS,<br><br>               Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>               Defendant. | No.  2:13-CV-0099-AC<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to reply to Defendant's Cross-Motion For Summary Judgment in the above-referenced case is hereby extended from the present due date of January 6, 2014, by fourteen days, to the new response date of January 20, 2014.  This extension is requested because Plaintiff has a particularly heavy briefing schedule this month.

1

1  DATED: January 3, 2014                BENJAMIN B. WAGNER
                                          United States Attorney
2                                         DONNA L. CALVERT
                                          Acting Regional Chief Counsel, Region IX
3

4

5  */s/ Ann M. Cerney*                   */s/ Tina R. Saladino*
   ANN M. CERNEY,                        TINA R. SALADINO,
   Attorney for Plaintiff                (As authorized via E-mail on 01/03/14)
6                                         Special Assistant U S Attorney
                                          Attorneys for Defendant
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Ann M. Cerney, SBN: 068748

CERNEY KREUZE & LOTT, LLP

42 North Sutter Street, Suite 400

Stockton, California 95202

Telephone: (209) 948-9384

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE ARLENE TSOUVAS,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>Defendant. | No. 2:13-CV-0099-AC<br><br>**ORDER EXTENDING PLAINTIFF'S TIME TO FILE A REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT** |

Pursuant to the stipulation of the parties showing good cause for a requested extension of Plaintiff's time to file a Reply to Defendant's Cross-Motion For Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file her Reply to Defendant's Cross-Motion For Summary Judgment on or before January 20, 2014.

SO ORDERED.

DATED: January 6, 2014

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

3